IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3165 |
| | ) | |
| v. | ) | |
| | ) | |
| MARKUS J. ABEBE, DEVONNE M. ABEBE, STATE OF NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, Child Support Enforcement Division, and ANGELA SUAREZ, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

On May 2, 2013, a Suggestion in Bankruptcy was filed by the United States of America by and through its attorneys for the District of Nebraska in which the suggestion states that the defendants Markus J. Abebe and Devonne M. Abebe have filed a petition seeing relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nebraska.  The bankruptcy case is designated in the United States Bankruptcy Court for the District of Nebraska as 4:13BK40827.  Counsel further advises me "that the above-captioned proceeding is subject to the provisions of 11 U.S.C. § 362(a) which stays any action in this proceeding pending further order of the United States Bankruptcy Court."

Nebraska General Rule 1.5(a)(1) states, in part, "Upon the filing of a suggestion in bankruptcy, or other notification that a party to a civil case is a debtor in a bankruptcy case, the entire case is referred to the bankruptcy court for further action."

**IT IS THEREFORE ORDERED** that:

1. The Suggestion in Bankruptcy, (ECF No. 31), is judicially noted, and pursuant to NEGenR 1.5(a)(1), this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. The Clerk of the United States District Court for the District of Nebraska shall transmit the court file to the Clerk of the United States Bankruptcy Court for the District of Nebraska.

Dated May 6, 2013.

                BY THE COURT

                */s/ Warren K. Urbom*
                Warren K. Urbom
                United States Senior District Judge