IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARKUS J. ABEBE, DEVONNE ) <br> M. ABEBE, STATE OF ) <br> NEBRASKA DEPARTMENT OF ) <br> HEALTH AND HUMAN ) <br> SERVICES, Child Support ) <br> Enforcement Division, and ANGELA ) <br> SUAREZ, ) <br> ) <br>       Defendants. ) | 4:12CV3165 <br><br> MEMORANDUM AND ORDER ON <br> REPORT AND <br> RECOMMENDATION |

This matter is before me on the Report and Recommendation of Chief United States Bankruptcy Court Judge Thomas L. Saladino, which states that I should withdraw the reference of this adversary proceeding to the bankruptcy court. (ECF No. 33.) The basis for Chief Judge Saladino's recommendation is that "[t]he United States has now obtained relief from the automatic stay in the bankruptcy case to move forward with the sale and collection efforts" stemming from the judgment and decree of foreclosure entered on January 8, 2013. (See id.) No timely objections have been filed, see NEGenR 1.5(b)(2), and I find that Chief Judge Saladino's recommendation should be adopted.

**IT IS ORDERED** that:

1. The report and recommendation of Chief United States Bankruptcy Court Judge Thomas L. Saladino, (ECF No. 33), is adopted.

1

2.  The reference of this case to the United States Bankruptcy Court for the District of Nebraska is withdrawn.

Dated June 10, 2013.

> BY THE COURT
>
> *Warren K. Urbom*
> _____
>
> Warren K. Urbom
> United States Senior District Judge